IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff<br>vs<br>1) ALEXANDER RODRIGUEZ-RIOS a/k/a Alex Cano<br>2) DAVID LOPEZ-PIZARRO a/k/a Moreno<br>3) EDWIN QUIÑONES-CEBALLOS a/k/a Canbuco<br>4) EDWIN QUIÑONES-ANDINO a/k/a Chulo<br>5) HECTOR QUIÑONES-ANDINO a/k/a Tito<br>6) CARLOS ESCOBAR-PEÑALOZA a/k/a Memin<br>7) MARCIANO ANDINO-PIZARRO a/k/a Marciano<br>8) ITZAIRA QUIÑONES-ANDINO a/k/a Ysais Quiñones-Andino<br>9) MIGUEL ANDINO-RIVERA a/k/a Mickey<br>**10) JESUS E. RIVERA-ESQUILIN** a/k/a José Rivera-Esquilín<br>Defendants | CRIMINAL 10-0405CCC |

**O R D E R**

Having considered the Report and Recommendation filed on September 20, 2011 (**docket entry 284**) on a Rule 11 proceeding of defendant Jesús E. Rivera-Esquilín (10) held before U.S. Magistrate Judge Camille L. Vélez-Rivé on September 7, 2011, to which no opposition has been filed, the same is APPROVED. Accordingly, the plea of guilty of defendant Rivera-Esquilín is accepted. The Court FINDS that his plea was voluntary and intelligently entered with awareness of his rights and the consequences of pleading guilty and contains all elements of the offense charged in the indictment.

This case was referred to the U.S. Probation Office for preparation of a Presentence Investigation Report since September 7, 2011. The **sentencing hearing is set for December 7, 2011 at 4:30 PM**.

SO ORDERED.

At San Juan, Puerto Rico, on September 26, 2011.

S/CARMEN CONSUELO CEREZO
United States District Judge